USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/1/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT WRAY, individually and on behalf of others similarly situated,

Plaintiffs,

- against -

GOLDEN KRUST CARIBBEAN BAKERY INC.; LOWELL HAWTHORNE; MILTON HAWTHORNE; and any other related entities,

Defendants.

Case No.: 17 Civ. 5878 (PAE)

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties herein, that the above-captioned action is voluntarily dismissed without prejudice against Defendant Golden Krust Caribbean Bakery Inc., Lowell Hawthorne, and Milton Hawthorne, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: 4/26/2018

LEEDS BROWN LAW, P.C.

By: _____
Brett R. Cohen, Esq.
One Old Country Road, Suite 347
Carle Place, New York 11514
Tel: (516) 873-9550
*Attorneys for Plaintiffs*

Dated: 4/26/2018

CORBALLY, GARTLAND AND RAPPLEYEA, LLP

By: _____
Brooke D. Youngwirth, Esq.
35 Market Street
Poughkeepsie, New York 12601
Tel: (845) 240-7322
*Attorneys for Defendants*

SO ORDERED.

5/1/18
Paul A. Engelmayer
_____
PAUL A. ENGELMAYER
United States District Judge